UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTARES MARITIME PTE, LTD. | * | CIVIL ACTION NO. |
| On its Own Behalf and as owner of | * | |
| Of the M/V PAC ANTARES | * | 2:18-cv-12145 |
| | * | |
| vs. | * | SECTION: I (LANCE M. AFRICK) |
| | * | |
| THE BOARD OF COMMISSIONERS | * | MAGISTRATE: 4 (KAREN W. ROBY) |
| OF THE PORT OF NEW ORLEANS | * | |
| And PORTS AMERICA | * | |
| LOUISIANA, LLC | * | |

**************************************

## ANSWER TO COMPLAINT

Defendant, Ports America Louisiana, LLC (hereinafter "Ports America"), for Answer to the Complaint filed against and on behalf of Antares Maritime Pte, Ltd., on its own behalf and as owner of the M/V PAC ANTARES (hereinafter "ANTARES" or "vessel interests") represents:

### FIRST DEFENSE

The Complaint of vessel interests fails to state a claim or cause of action against this defendant upon which relief can be granted.

### SECOND DEFENSE

Answering separately the allegations of the Complaint, Defendant, Ports America, states as follows:

1.

Jurisdiction is admitted.

2.

It is admitted that venue is proper in the Eastern District of Louisiana.

2786282-1

3.

The allegations contained in Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.

Ports America admits it corporate status.  Except as admitted, the remaining allegations are denied.

6.

It is admitted that the Nashville Avenue Wharf is located at the Port of New Orleans on the Eastbank of the Mississippi River. The remaining allegations of Paragraph 6 are denied.

7.

The allegations contained in Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 are denied.

9.

With regard to Ports America, the allegations contained in Paragraph 9 are denied.

10.

The allegations contained in Paragraph 10 are admitted.

11.

Upon information and belief, the M/V PAC ANTARES was under the guidance of a compulsory river pilot associated with the Crescent River Ports Pilot Association, not NOBRA. The remaining allegations of facts contained in Paragraph 11 are denied for lack of sufficient information to justify belief therein.

12.

The allegations contained in Paragraph 12 are not directed to this defendant; however, to the extent a response is necessary, said allegations are denied.

13.

The allegations contained in Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in Paragraph 15 are denied to the extent they are applicable to Ports America.

16.

The allegations contained in Paragraph 16 are denied.

17.

The allegations contained in Paragraph 17 do not pertain to this defendant; however, to the extent a response is required, said allegations are denied.

18.

The remaining unnumbered paragraph of the complaint does not require a response but, should an answer be deemed necessary, the allegations are denied.

### THIRD DEFENSE

Ports America denies each and every allegation not specifically admitted herein.

### FOURTH DEFENSE

Ports America denies that ANTARES sustained any damages as alleged in the Complaint; however, should it be found that ANTARES was damaged under the circumstances outlined in the Complaint, which is denied, Ports America shows that such damage was caused by ANTARES' sole fault and/or negligence, and/or inattention, and/or omissions which contributory or comparative negligence and comparative fault of ANTARES is specifically plead as a complete and total bar or diminution of, any recover by ANTARES in this action.  It is specifically denied the Ports America was negligent in any way, or in any way caused or contributed to any damages that were allegedly sustained by ANTARES in this matter.

### FIFTH DEFENSE

Ports America shows that ANTARES failed to exercise reasonable care and diligence to prevent avoidable consequences and losses, which failure(s) were a superceding cause of the damages alleged, and also resulted in a failure to mitigate its damages, which failure on the part of ANTARES is specifically plead as a complete and total bar to, or diminution of, any recovery by ANTARES.

**SIXTH DEFENSE**

Ports America affirmatively shows that ANTARES's damage or damages were caused solely and completely by persons, parties, or entities for whom Ports America is not legally responsible.

**SEVENTH DEFENSE**

Ports America asserts that the rule of *The Pennsylvania* 86 U.S. (19 Wall) 125 (1874) and the rule of *The Oregon* 158 U.S. 186 (1895) apply as a complete and total bar to any recovery by ANTARES.

**EIGHTH DEFENSE**

Ports America avers and incorporates by reference all affirmative defenses allowed pursuant to Rule 8(c) (1) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Ports America Louisiana, LLC prays that this answer be deemed sufficient and after due proceedings are had there be judgment in favor of Ports America Louisiana, LLC, and against Antares Maritime Pte, Ltd. on its own behalf and as owner of the M/V PAC ANTARES, dismissing the Complaint at Plaintiff's costs, and for all such other and further equitable relief to which Defendant may in law and justice be entitled under the circumstances.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

/s/ Scott A. Soule
_____

SCOTT A. SOULE – Bar #20379
*ssoule@bluewilliams.com*
FRANK J. TOWERS – Bar #27738
*ftowers@bluewilliams.com*
1060 West Causeway Approach
Mandeville, LA  70471
Telephone:  (504) 830-4977
Facsimile:   (504) 849-3883
ATTORNEY FOR DEFENDANT
PORTS AMERICA LOUISIANA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to opposing counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Scott A. Soule
_____
Scott A. Soule