MINUTE ENTRY
AFRICK, J.
JANUARY 29, 2019
JS10 - 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why the defendants listed should not be DISMISSED. After hearing, it is **ORDERED** that said cases be disposed as indicated below:

18-7374    Tylor Hansen v. Daniel Camp, et al
           Present: Stephen T. Perkins
           No service as to the defendant, Pelican Association Management, LLC.
           **IT IS ORDERED** that the defendant, Pelican Association Management, LLC is **DISMISSED WITHOUT PREJUDICE.**
           **IT IS FURTHER ORDERED** that the crossclaim of the defendant, Daniel Camp, against Pelican Association Management, LLC is **DISMISSED WITHOUT PREJUDICE.** Pelican Association Management, LLC is not a defendant in this case and, therefore, there can be no crossclaim against it.

18-12145   Antares Maritime Pte Ltd. v. Board of Commissioners of the Port of New Orleans, et al
           **SATISFIED**.

New Orleans, Louisiana, this 29th day of January, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE