UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTARES MARITIME PTE, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-12145** |
| **BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS, ET AL.** | **SECTION D (4)** |

## ORDER

The Court, having been advised that Antares Maritime PTE, Ltd. and Ports America Louisiana, L.L.C. have firmly agreed upon a compromise and settlement of all claims;

**IT IS HEREBY ORDERED** that this Plaintiff's claims against Ports America Louisiana, L.L.C. are **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, April 14, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**