UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTARES MARITIME PTE, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-12145** |
| **BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS, ET AL.** | **SECTION D (4)** |

### ORDER

The parties jointly move for an order dismissing this matter with prejudice, as the parties have settled, satisfied, and compromised all of their differences (R. Doc. 137).

**IT IS HEREBY ORDERED** that this action be and is dismissed with prejudice, with each party to bear its respective costs of the court.

New Orleans, Louisiana, June 1, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**